UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| JESSICA PARKER | ) | |

## ORDER

Pending before the Court is Defendant Jessica Parker's Motion for Leave to File Document Ex Parte and Under Seal (Docket No. 356). The Motion is GRANTED.

The sealed document (Docket No. 357) is referred to the Magistrate Judge for decision.

It is so ORDERED.

                                                                                                _____
                                                                                                TODD J. CAMPBELL
                                                                                                UNITED STATES DISTRICT JUDGE