UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| JESSICA PARKER | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Continue Sentencing Hearing (Docket No. 820). Through the Motion, the Defendant seeks to continue the sentencing hearing, currently set for December 22, 2014, to December 23, 2014.

The Motion is GRANTED. Accordingly, the sentencing hearing is CONTINUED until December 23, 2014, at 11:00 a.m.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE